**Opinion issued July 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00089-CV**

———————————

**IN THE MATTER OF THE MARRIAGE/INTEREST OF: BEBERLYN SUYAPA ARGUETA CORDON, Appellant**

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Case No. 2023-68747**

---

**MEMORANDUM OPINION**

This is an appeal from the trial court's November 11, 2024 order dismissing the case for want of prosecution. Appellant Beberlyn Suyapa Argueta Cordon has filed a motion to dismiss her appeal stating that she no longer wishes to pursue this appeal. The motion contained no certificate of conference and therefore, the Court held the motion for a response. None was filed.

We grant the motion and dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.